UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S & S COMMUNICATION SERVICES, INC., a Pennsylvania Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>CLEARFIBER, INC., a West Virginia Corporation, DBI NETWORKS, LLC, a West Virginia limited liability company, HENSON, LLC, a West Virginia limited liability company, and TIMOTHY CHAD HENSON, an individual,<br>  Defendants. | Civil Action No.  2:21-cv-408<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P § 41(a)(1)(A)(ii) AND [PROPOSED] ORDER** |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P § 41(a)(1)(A)(ii)**

Plaintiff S&S Communication Services, Inc. and Defendants Clearfiber, Inc., DBI Networks, LLC, Henson, LLC, and Timothy Chad Henson (collectively, the "Parties"), having settled this action, hereby stipulate that the entire action shall be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each Party shall bear their own costs and attorneys' fees.

Date: January 3, 2022                                    Respectfully submitted,

| | |
|---|---|
| */s/ Joy D. Llaguno*<br>Phillip C. Hook, Esq. (Pa. I.D. No. 324035)<br>Joy D. Llaguno, Esq. (Pa. I.D. No. 324035)<br>**HOOK & HOOK PLLC**<br>430 East Oakview Drive, Suite 101<br>Waynesburg, PA 15370<br>Phone: 724-627-6146<br>Fax:     724-852-1620<br>Email: phook@hooklaw.com<br>           jllaguno@hooklaw.com<br>*Counsel for Plaintiff  S&S Communication Services, Inc.* | */s/ Brocton G. Skeen*<br>Brocton G. Skeen, Esq. (Pa. I.D. No. 325164)<br>**THE SKEEN FIRM PLLC**<br>2400 Ansys Drive, Suite 102<br>Canonsburg, PA 15317<br>Phone: 724-550-6970<br>Fax:     724-203-6454<br>Email: bskeen@theskeenfirm.com<br>*Counsel for Defendants Clearfiber, Inc., DBI Networks, LLC, Henson, LLC, and Timothy Chad Henson* |

1

2

**IT IS SO ORDERED.**


Dated: _____, 2022       _____
                                            Hon. J. Nicholas Ranjan
                                            United States District Judge